**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| PUBLIC CITIZEN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:17-cv-01355 (RCL) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF THE ARMY, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Public Citizen, Inc., by and through its counsel, hereby gives notice of its voluntary dismissal of this case without prejudice.

Dated: July 25, 2017

Respectfully submitted,

/s/ Sean M. Sherman
Sean M. Sherman
(D.C. Bar No. 1046357)
Adina H. Rosenbaum
(D.C. Bar No. 490928)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Counsel for Plaintiff Public Citizen, Inc.*